UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC TABARO NSHIMIYE,<br>  a/k/a Eric Tabaro Nshimiyimana,<br><br>    Defendant | CRIMINAL No. 1:24-cr-10071-FDS |

**JOINT STATUS REPORT**

The United States of America and the defendant, through counsel, hereby submit this joint status report in advance of a status conference scheduled for January 22, 2025, at 10:30 a.m. The defendant moved on October 24, 2024, to apply *ex parte* for the issuance of letters rogatory. [D.55]. The government opposed that motion on November 15, 2024. [D.58]. The Court granted the defendant's motion by Order dated December 17, 2024, and ordered the defendant to file his motion for letters rogatory no later than January 17, 2025. [D.62]. The government moved for clarification and reconsideration of the order on December 30, 2024. [D.63]. The government also requested a hearing on the motion. *Id*. The defendant opposed the government's motion on January 13, 2025, and opposes a hearing on the motion. [D.64].

Given the pending motion and the government's request for a hearing, the government respectfully requests that the status date be used for purposes of discussing the pending motion and the defendant's schedule for filing his motion for letters rogatory. The government also respectfully suggests that the parties use the status conference to assess need for another status conference at any time in the near future given the defendant's intent to seek documents from foreign authorities which will take many months.

The defendant respectfully requests that the Court deny the government's motion and its request for a hearing based on the defense's submission on January 13, 2025. [D.64]. Unless this Honorable Court indicates otherwise, the defense will submit its *ex parte* requests for issuance of letters rogatory by the present January 17, 2025 deadline. Accordingly, the defense requests this Honorable Court to schedule an interim status conference in two months, unless this Honorable Court intends to hear the government's Motion.

|  |  |
|---|---|
| ERIC TABARO NSHIMIYE<br>Defendant | Respectfully submitted,<br>JOSHUA S. LEVY<br>United States Attorney |
| By: *s/ Maksim Nemtsev by JTM*<br>Maksim Nemtsev<br>Kurt P. Kerns<br>Counsel to Eric Tabaro Nshimiye | By: *s/ John T. McNeil*<br>John T. McNeil<br>Amanda Beck<br>Assistant United States Attorneys |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ John T. McNeil*
John T. McNeil
Assistant United States Attorney

Date: January 15, 2025