UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cr-10071-FDS |
| v. ) | |
| ) | |
| ERIC TABARO NSHIMIYE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ASSENTED-TO MOTION TO EXTEND DEADLINE TO APPEAL OR FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S APRIL 4, 2025 ORDER TO MAY 23, 2025

Defendant Eric Nshimiye, by and through undersigned counsel, respectfully moves—pursuant to Fed. R. Crim. P. 59(a) and Rule 2(b) of the Rules for United States Magistrate Judges in this District—for an Order extending to May 23, 2025 the deadline to file objections to the Magistrate Judge's Order of April 4, 2024 (Dkt. 77). As grounds for this request, the defense states:

1. On April 4, 2024, the Magistrate Judge issued an Order in this matter concerning the Defendant's Motion for Issuance of Letters Rogatory (Dkt. 77).

2. Pursuant to Fed. R. Crim. P. 59(b)(2) and Rule 2(b), objections must be filed within 14 days of entry unless the Court specifies otherwise.

3. The parties are actively exploring whether the government can obtain some or all requested foreign records through its own channels, potentially eliminating the need for letters rogatory. Those discussions are continuing, and a short extension will facilitate their completion, Furthermore, the government's response to two of the requested letters, if its motion for extension is allowed, Dkt. 85, will be due on May 13, 2025.

4. To allow the parties to finish negotiations—and, if necessary, to enable the defense to prepare focused objections after receiving the government's response—the defense

1

requests that the objection deadline be extended to May 23, 2025 (ten days after the government's anticipated filing).

5. Counsel for the government assents to this request

**WHEREFORE**, the defendant respectfully asks the Court to extend to May 23, 2025 the deadline for filing objections to the Magistrate Judge's April 4, 2024 Order (Dkt. 77).

Respectfully submitted,

/s/ Kurt P. Kerns
Kurt P. Kerns, Kansas S.C. No. 15028
KERNS LAW GROUP
328 N. Main Street
Wichita, KS 67202
Telephone: (316) 265-5511
Email: kurtpkerns@aol.com

/s/ Maksim Nemtsev
Maksim Nemtsev, Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (61674) 227-3700
Email: menemtsev@gmail.com
*Counsel for Defendant Eric Nshimiye*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and authentic copy of the above and foregoing was filed and served electronically pursuant to the CM/ECF system on April 28, 2024, on all counsel of record.

                                       /s/ Maksim Nemtsev
                                       Maksim Nemtsev, Mass. Bar No. 690826