UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. 1:24-cr-10071-FDS |
| ERIC TABARO NSHIMIYE, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR
ENLARGEMENT OF TIME TO RESPOND**

The United States of America, by and through undersigned counsel, hereby submits this motion for an enlargement of time to respond to Defendant's "Response to this Honorable Court's Order, Dkt. 77," which the court referenced in its April 15, 2025, order (Dkt. No. 84). The government requests that it be given an enlargement of time until May 27, 2025. The enlargement is appropriate because the government did not receive the attachments to the defense's request until April 24, 2025. Since then, it has been investigating the feasibility of obtaining at least some of the information the defense requests. However, some key personnel are out of the office this week, so the government will not be able to resolve this matter until at least next week. The enlargement will allow the parties to discuss whether and how the government might assist prior to the government's filing a response.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: May 13, 2025           By:   *s/ Amanda Beck*
                                    AMANDA BECK
                                    JASON CASEY
                                    Assistant U.S. Attorneys

1

**CERTIFICATE OF SERVICE**

I, Amanda Beck, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ Amanda Beck*
AMANDA BECK
