UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 24-cr-10071-FDS |
| ERIC TABARO NSHIMIYE, | ) | |
| a/k/a Eric Tabaro Nshimiyimana, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS COUNT SIX OF THE INDICTMENT**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby moves to dismiss Count Six of the Indictment in this case, charging the defendant with falsifying, concealing, and covering up a material fact by trick, scheme, and device, in violation of 18 U.S.C. § 1001(a)(1). In support of this motion for dismissal, the government states that, while the charge was properly included in the Indictment, the dismissal of this charge is in the interests of justice. The dismissal will also simplify and streamline the presentation of evidence to the jury.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ William F. Abely*
William F. Abely
Chief, Criminal Division

*/s/ Christopher Looney*
Christopher Looney
Jason A. Casey
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher Looney*
Christopher Looney
Assistant U.S. Attorney